# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES REED, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:16-2143 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| LACKAWANNA COUNTY, et al., | : | |
|     Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Lackawanna County Defendants to the report of the magistrate judge, **(Doc. 27)**, are **SUSTAINED** in part and **OVERRULED** in part;

**(2)** the Lackawanna County Defendants' motion to dismiss the plaintiff's complaint, **(Doc. 10)**, is **DISMISSED AS MOOT** with respect to the plaintiff's claims related to his incarceration from October 15, 2014 to October 16, 2014, and is **DENIED** in all other respects;

**(3)** the Medical Defendants' motion to dismiss the plaintiff's complaint, **(Doc. 18)**, is **DISMISSED AS MOOT**;

**(4)** the report of the magistrate judge, **(Doc. 26)**, is **ADOPTED** in all respects, **EXCEPT** to the extent that it recommends Counts IV and V of the plaintiff's complaint be dismissed as

to the Medical Defendants, as the plaintiff has not acknowledged the insufficiency of Counts IV and V as to these defendants, and with the clarification that dismissal of Counts VI and VII of the plaintiff's complaint is without prejudice; and

**(5)** the instant action is **REMANDED** to the magistrate judge for all further pre-trial proceedings.

    s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2143-01-ORDER.wpd